IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 03-30022 |
| | ) | |
| ANTOINE GRAYER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

This Court now considers the Agreed Motion to Reduce Sentence, to which the United States Probation Office and the United States Attorney's Office have no objection. See d/e 52. For the reasons stated therein, the Agreed Motion to Reduce Sentence (d/e 52) is GRANTED. An Amended Judgment will be entered with a sentence of 122 months' imprisonment on Count 1 and 120 months each on Counts 2 and 4, all to run concurrently. The Motion For Retroactive Application of Sentencing Guidelines filed October 27, 2011 (d/e 50) is DENIED AS

MOOT.

IT IS SO ORDERED.

ENTERED: November 17, 2011

FOR THE COURT:

                              s/ Sue E. Myerscough
                           SUE E. MYERSCOUGH
                       UNITED STATES DISTRICT JUDGE